COPY

FILED
2012 OCT -5 AM 10: 31
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY _____

1. Albert R. Limberg, Esq. (SBN 211110)
2. Debbie P. Kirkpatrick, Esq. (SBN 207112)
   SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
3. 1545 Hotel Circle South, Suite 150
4. San Diego, CA 92108-3426
   Tel:   619/758-1891
5. Fax:   619/296-2013
6. alimberg@sesssons-law.biz
   dkirkpatrick@sessions-law.biz
7.
8. Attorney for NCO Financial Systems, Inc.,

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| GRACE TANG, | ) Case No. CV12-8561—MRW |
| Plaintiff, | ) |
| vs. | ) NOTICE OF REMOVAL OF ACTION |
|  | ) UNDER 28 U.S.C. § 1441(b) |
| NCO FINANCIAL SYSTEMS, INC., | ) |
| Does 1-10 | ) |
| Defendant. | ) |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE THAT defendant NCO Financial Systems, Inc. ("NCO") hereby removes to this Court the state court action described below.

1.     This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331, and is one which may be removed to this Court by defendant pursuant to the provisions of 28 U.S.C. § 1441(b) in that it arises under the Telephone Collection Practices Act, 47 U.S.C. §227, *et. seq.*

2. On or about August 29, 2012 the action was commenced in the Superior Court of the State of California, County of Los Angeles, entitled, *Grace Tang v. NCO Financial Systems, Inc.*, Case No. 12C03233. A copy of the Plaintiff's Summons and Complaint ("Complaint") is attached hereto as Exhibit A.

3. The date upon which NCO first received a copy of the said complaint was September 5, 2012, when NCO's agent for service of process was served with a copy of the Complaint.

Dated: 10/3/12

SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

Albert R. Limberg
Attorney for Defendant
NCO Financial Systems, Inc.

Exhibit A

09/05/12   1:25

5253-083020005  2012083013:53  <No Field>  Page 2 of 11

**SUM-100**

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

NCO Financial Systems, Inc., DOES 1-10

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

Grace Tang

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

**CONFORMED COPY**
OF ORIGINAL FILED
Los Angeles Superior Court

AUG 29 2012

John A. Clarke, Executive Officer/Clerk
By _____
D. PIROZZI, DEPUTY

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is: Los Angeles Superior Court
*(El nombre y dirección de la corte es):*

Long Beach Courthouse
415 W. Ocean Blvd. Long Beach, CA 90802

**CASE NUMBER:** *(Número del Caso):* **12C03239**

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*

Wade A. Miller 208980, 235 E. Broadway Ste 424, Long Beach, 90802

DATE: JOHN A. CLARKE AUG 29 2011      Clerk, by **D. PIROZZI**, Deputy
*(Fecha)*                               *(Secretario)*                  *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☑ on behalf of *(specify):* NCO Financial Systems, Inc.
   under: ☑ CCP 416.10 (corporation)       ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

2 of 11

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov

**File By Fax**

Wade A. Miller CBN 208980
LAW OFFICES OF WADE A. MILLER
Attorney at Law
235 E. Broadway Suite 424
Long Beach, CA 90802

P: (562) 437-6300

Attorney for Plaintiff
*Grace Tang*

CONFORMED COPY
OF ORIGINAL FILED
Los Angeles Superior Court

AUG 29 2012

John A. Clarke, Executive Officer/Clerk
By_____
D. PIROZZI, DEPUTY

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF LOS ANGELES, LONG BEACH COURTHOUSE

| | |
|---|---|
| Grace Tang,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>NCO Financial Systems, Inc., DOES 1 - 10,<br><br>　　　　Defendants. | Case No.: 12C03233<br><br>COMPLAINT FOR VIOLATION OF<br>1. CALIFORNIA ROSENTHAL ACT<br>2. TELEPHONE CONSUMER PROTECTION ACT<br><br>(LIMITED CIVIL) |

Plaintiff Grace Tang ("Plaintiff") hereby complains against defendant NCO Financial Systems, Inc., DOES 1 to 10 ("Defendants"), and alleges on information and belief as follows:

**OPERATIVE FACTS**

1.  Beginning in April 2011, Defendants called Plaintiff on her cell phone in an attempt to collect a consumer debt. During these telephone calls, Plaintiff notified Defendant that she did not owe any money and that she disputed the debt.

3 of 11

File By Fax                                   COMPLAINT

1

5253-083020006 2012083013:53 &lt;No Field&gt; Page 4 of 11

2. These collection phone calls have been ongoing to date. In addition, these telephone calls were made using an autodialer as defined by the Telephone Consumer Protection Act ("TCPA").

3. The bill Defendant attempted to collect is a "consumer debt" within the meaning of Civil Code § 1788.2(f).

4. Despite notifying the Defendant on numerous occasions that she does not owe the debt, Defendant's continued to call Plaintiff.

5. Plaintiff does not owe the debt. The amount that Defendant demanded for Plaintiff to pay was falsely represented.

6. 15 U.S.C. 1692e prohibits debt collectors from falsely representing the amount or legal status of any debt.

## PARTIES

7. Plaintiff is a natural person over the age of 18.

8. Defendant NCO Financial Systems, Inc. is a corporation doing business in the State of California.

9. Defendants Does 1 to 10 are persons or entities, true names and capacities presently unknown to Plaintiff, and who therefore are sued by such fictitious names. Plaintiff is informed and believes and thereon alleges that each named Defendant perpetrated some or all of the wrongful acts alleged herein, is responsible in some manner for the matters alleged herein, and is jointly and severally liable to Plaintiff. Plaintiff will seek leave of Court to amend this Complaint to state the true names and capacities of such fictitiously named defendants when ascertained.

10. At all times mentioned herein, each Defendant was the agent or employee of each of the other Defendants and was acting within the course and scope of such agency or employment. The Defendants are jointly and severally liable to Plaintiff.

File By Fax    COMPLAINT

2

5253-083020006 2012083013:53 &lt;No Field&gt; Page 5 of 11

## JURISDICTION AND VENUE

11. The Superior Court of California has the jurisdiction over this matter because Plaintiff was damaged in California, County of Los Angeles.

12. Venue is proper in Los Angeles County where Defendant was damaged.

### *FIRST CAUSE OF ACTION*

(Against All Defendants for Violations of the Rosenthal Fair Debt Collection Practices act, Civil Code § 1788 et. seq.)

13. Plaintiff realleges and incorporates herein by reference each and every paragraph set forth above.

14. The Rosenthal Fair Debt Collection Practices Act, Civil Code § 1788 et seq. ( the "RFDCPA" ) was enacted in 1976 to ensure the integrity of our banking and credit industry. Civil Code § 1788.1(b). The Legislature found that "unfair or deceptive debt collection practices undermined public confidence which is essential to the continued functioning of the banking and credit system and sound extensions of credit."

15. Civil Code § 1788.17 incorporates by reference sections 1692b to 1692j of Title 15 and shall be subject to the remedies in Section 1692k of Title 15 of the United States Code.

16. Defendants, at all times relevant, were "debt collectors" within the meaning of Civil Code § 1788.2(c) in that they regularly and in the ordinary course of business, on behalf of themselves or others, engaged in acts and practices in connection with the collection of consumer debt.

17. Plaintiff is a "debtor" within the meaning of Civil Code § 1788.2(h) in that Plaintiff is a natural person from whom Defendant sought to collect a consumer debt alleged to be due and owing.

18. Defendants violated 15 U.S.C. 1692e and Civil Code § 1788.17 by attempting to collect a debt by falsely representing the amount of the debt owed.

19. In addition, Defendants violated 15 USC 1692g by failing to serve written notice to Plaintiff notifying her that he has a right to dispute the debt.

20. Despite Plaintiff demanding that Defendants stop contacting her on multiple occasions via telephone, Defendant harassed Plaintiff by calling her on multiple occasions when in fact no monies were due and owing.

21. As a proximate result of Defendants' violations enumerated above, Plaintiff has been damaged in the amount in excess of $8,000.00.

22. Defendants' violation of the RFDCPA were willful and knowing, thereby entitling Plaintiff to statutory damages pursuant to Civil Code § 1788.30(b).

23. Plaintiff is entitled to recover reasonable attorneys' fees and costs pursuant to Civil Code § 1788.30(c).

## SECOND CAUSE OF ACTION

(Against All Defendants for Violations of the Telephone Consumer Protection Act)

(47 U.S.C. §227 et. seq.)

24. Plaintiff incorporates by reference each and every allegation set forth above.

25. 47 U.S.C. §227 of the TCPA provides that it shall be unlawful for any person to (1) make any call to a person on his cell phone using an autodialer in which (2) he is charged for such call other than for (3) emergency purposes or (4) with prior express consent.

26. Defendant called Plaintiff on her cell phone using an autodialer.

27. Plaintiff was charged for these calls.

28. Defendant did not call for an emergency or with express consent.

29. Defendant called Plaintiff in excess of 40 times without autorization.

6 of 11

4.

COMPLAINT

File By Fax

30. Plaintiff prays for damages in the amount of $500 per unauthorized telephone call made using such autodialer.

WHEREFORE, Plaintiff prays for relief as set forth below.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for the following relief for all causes of action against all Defendants:

1. For compensatory damages;

2. For statutory damages in the amount of $22,000.00;

3. For an award for attorneys' fees, costs and expenses incurred in the investigation, filing and prosecution of this action, and

4. Such other and further relief as the court may team just and proper.

Dated: 8/20/2012      By: _____
                          Wade A. Miller
                          Attorney for Plaintiff

CASE NAME: Grace Tang v. NCO Financial Systems, Inc.
CASE NO:   TBD

## PROOF OF SERVICE

I, the undersigned, hereby certify that I am a citizen of the United States, over the age of 18 years and not a party to the within action; my business address is 1545 Hotel Circle South, Suite 150, San Diego, California 92108. On this date I served the following:

**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b)**

( X )   BY U.S. MAIL

    I served a true and correct copy of the above-named documents by mail by placing the same in a sealed envelope with postage fully prepaid, and depositing said envelope in the U.S. mail at San Diego, California. Said envelope(s) was/were addressed as listed hereafter:

( )   BY FACSIMILIE MACHINE

    I caused to be transmitted by facsimile machine a true copy of the above-named documents to the below listed. Attached hereto is the Confirmation Report confirming the status of the transmission.

( )   BY PERSONAL SERVICE

    I caused to be served by hand a true copy of the above named document as listed hereafter.

Wade A. Miller, Esq.
235 E. Broadway, Suite 424
Long Beach, CA 90802

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: October 3, 2012

                                          Ann M. Coito

COPY

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐)<br><br>Grace Tang | DEFENDANTS<br><br>NCO Financial Systems, Inc. |
|---|---|
| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)<br><br>Wade A. Miller, Esq.<br>235 E. Broadway, Suite 424<br>Long Beach, CA 90802 | Attorneys (If Known)<br><br>Albert R. Limberg, Esq.<br>Sessions Fishman Nathan & Israel, LLP<br>1545 Hotel Circle South, Suite 150<br>San Diego, CA 92108 |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

- ☐ 1 U.S. Government Plaintiff
- ☑ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

- ☐ 1 Original Proceeding
- ☑ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify):
- ☐ 6 Multi-District Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☐ Yes ☑ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☑ No     ☐ MONEY DEMANDED IN COMPLAINT: $ 22,000.00

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Telephone Collection Practices Act 47 USC 227 et seq.

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS<br>PERSONAL INJURY | TORTS<br>PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending |  | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act |  | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander |  | ☐ 535 Death Penalty |  |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations |  | ☐ 340 Marine | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
|  | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition |  |
| ☑ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE / PENALTY | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV |  | ☐ 355 Motor Vehicle Product Liability |  | ☐ 610 Agriculture | PROPERTY RIGHTS |
| ☐ 810 Selective Service |  |  | CIVIL RIGHTS | ☐ 620 Other Food & Drug | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting |  | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract |  | ☐ 443 Housing/Acco-mmodations |  | SOCIAL SECURITY |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | ☐ 365 Personal Injury-Product Liability |  |  | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act |  |  | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 862 Black Lung (923) |
|  | ☐ 196 Franchise | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | REAL PROPERTY |  |  | ☐ 650 Airline Regs |  |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation |  |  | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | IMMIGRATION | ☐ 446 American with Disabilities - Other |  | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determination Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | ☐ 462 Naturalization Application |  | ☐ 690 Other | FEDERAL TAX SUITS |
|  | ☐ 240 Torts to Land |  | ☐ 440 Other Civil Rights |  | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
|  | ☐ 245 Tort Product Liability | ☐ 463 Habeas Corpus-Alien Detainee |  |  |  |
| ☐ 950 Constitutionality of State Statutes | ☐ 290 All Other Real Property | ☐ 465 Other Immigration Actions |  |  | ☐ 871 IRS-Third Party 26 USC 7609 |

**FOR OFFICE USE ONLY:** Case Number: **CV12-8561**

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

CV-71 (05/08)     CIVIL COVER SHEET     Page 1 of 2

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No ☐ Yes
If yes, list case number(s): ______

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No ☐ Yes
If yes, list case number(s): ______

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)
☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Long Beach, CA | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Horsham, PA |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | |

*** Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): [signature] Date 10/3/12

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |