JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRACE TANG, | ) Case No.  12-CV-08561-ODW (PJWx) |
| | ) |
| Plaintiff, | ) ORDER DISMISSING  THE ENTIRE |
| | ) ACTION WITH PREJUDICE |
| vs. | ) |
| | ) |
| NCO FINANCIAL SYSTEMS, INC., | ) |
| DOES 1-10, | ) |
| | ) |
| Defendants. | ) |
| | ) |

Based on the Stipulation to Dismiss by Plaintiff Grace Tang and Defendant NCO Financial Systems, Inc., the above-captioned action is hereby dismissed in its entirety with prejudice.  The parties will bear their own attorneys fees and costs.

**IT IS SO ORDERED.**

Dated: December 19, 2012

_____
HON. OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE